**South Union Township, As Political Subdivisions; and Robert Schiffbauer, Thomas Frankhouser, Rock Coville, in Their Individual Capacities as Taxpayers, Appellants,**

v.

**Commonwealth of Pennsylvania, Department of Environmental Protection, and Kathleen A. McGinty, Secretary, Appellees,**

**Township of Derry and Pennsylvania Waste Industries Association, Intervenors.**

Supreme Court of Pennsylvania.

July 22, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of July, 2004, the order of the Commonwealth Court is AFFIRMED.